STATE v. KING

No. 505A85.

Case below: 75 N.C. App. 618.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 19 September 1985. Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 19 September 1985. Petition by Attorney General for writ of supersedeas allowed 30 August 1985, but writ of supersedeas dissolved 19 September 1985.

STATE v. LAMSON

No. 386P85.

Case below: 75 N.C. App. 132.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. McKAY

No. 433P85.

Case below: 75 N.C. App. 364.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

STATE v. McMILLAN

No. 412P85.

Case below: 75 N.C. App. 364.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 19 September 1985.

STATE v. MOORE

No. 285PA85.

Case below: 74 N.C. App. 464.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 19 September 1985.